UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 2 1 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>STEVEN WILLIAMSON, Jr.,<br>BRITTANY SPANGLER,   and<br>KEVIN CHILDERS, Jr.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**4:24CR420 HEA/JMB**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about June 7, 2022, and continuing for a period of time, including October 6, 2022, with exact dates unknown, within the Eastern District of Missouri and elsewhere,

**STEVEN WILLIAMSON, JR.,**
**BRITTANY SPANGLER, and**
**KEVIN CHILDERS, JR.,**

the Defendants herein, and others known and unknown, did knowingly and intentionally conspire, confederate, combine, and agree to distribute and to possess, with the intent to distribute controlled substances, including fentanyl and methamphetamine, in violation of Title 21, United States Code, Section 846 and 841(a).

### COUNT TWO

The Grand Jury further charges that:

On or about the first week of October 2022, within the Eastern District of Missouri,

**STEVEN WILLIAMSON, JR.,**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about the first week of October 2022, within the Eastern District of Missouri,

**STEVEN WILLIAMSON, JR.,**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 6, 2022, within the Eastern District of Missouri,

**STEVEN WILLIAMSON, JR.,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that:

On or about the first week of October 2022, within the Eastern District of Missouri,

**BRITTANY SPANGLER,**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT SIX

The Grand Jury further charges that:

On or about the first week of October 2022, within the Eastern District of Missouri,

### BRITTANY SPANGLER,

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT SEVEN

The Grand Jury further charges that:

On or about the first week of October 2022, within the Eastern District of Missouri,

### KEVIN CHILDERS, JR.,

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT EIGHT

The Grand Jury further charges that:

On or about the first week of October 2022, within the Eastern District of Missouri,

### KEVIN CHILDERS, JR.,

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 846, as set forth in Count One, the defendants shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

2.      Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations set forth in Count One.

A TRUE BILL.


_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
CHRISTINE KRUG, #42586MO
Assistant United States Attorney